UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAWN MIKULA ]
]
v. ] No. 3:06-1108
] Judge Haynes
]
ELECTROLUX MAJOR APPLIANCES, ]
NORTH AMERICA ]

O R D E R

The parties have filed a joint motion (filed December 17, 2007; Docket Entry No. 23) of dismissal with prejudice with each party to bear its own attorney fees and costs.

Accordingly, this action shall be **DISMISSED** with prejudice. The parties shall be responsible for their own attorney fees and costs.

The defendant's motion (filed November 1, 2007; Docket Entry No. 16) for summary judgment and the plaintiff's motion (filed November 13, 2007; Docket Entry No. 22) to strike are **DISMISSED** as moot.

The entry of this order shall constitute the judgment in this action.

It is so **ORDERED**.

**ENTERED** this the 1st day of February, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge